UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| PIONEER CLADDING AND GLAZING SYSTEMS, LLC, | )<br>)<br>) 2:17-CV-00134-MCLC<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| APG INTERNATIONAL, INC., | )<br>) |
| Defendant/Third-Party Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| LAUFS ENGINEERING DESIGN, EASTMAN CHEMICAL COMPANY, AND BALFOUR BEATTY CONSTRUCTION, LLC, | )<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | )<br>) |

**REPORT AND RECOMMENDATION**

After the initial parties consented to the jurisdiction of a magistrate judge to hear this case, the District Court entered an Order of Reference, referring the case to the undersigned to resolve [Doc. 20]. Since that order of referral, a Third-Party Complaint was filed which added the Third-Party Defendants.

Counsel for Laufs Engineering Design, a third-party defendant, has now filed a motion to vacate the order referring the case to the magistrate judge. In the motion, counsel writes "Laufs does not consent to a magistrate [judge]." [Doc. 31, pg. 2].

Because Laufs have objected to a magistrate judge hearing the case, the undersigned

recommends that the District Court vacate the order referring the case and again assume jurisdiction of this case. The undersigned RECOMMENDS the motion [Doc. 31] be GRANTED.

>Respectfully Submitted,
>
>s/Clifton L. Corker
>United States Magistrate Judge