# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| PIONEER CLADDING AND GLAZING SYSTEMS, LLC, | ) ) ) | Case No. 2:17-cv-134 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Clifton L. Corker |
| APG INTERNATIONAL, INC., | ) ) ) | |
| *Defendant*. | ) | |
| | | |
| APG INTERNATIONAL, INC., | ) ) | |
| *Third-Party Plaintiff*, | ) ) | |
| v. | ) ) | |
| BALFOUR BEATTY CONSTRUCTION, LLC, EASTMAN CHEMICAL COMPANY, and LAUFS ENGINEERING DESIGN, | ) ) ) ) ) | |
| *Third-Party Defendants*. | ) ) | |

## ORDER

Before the Court is Third-Party Defendant Laufs Engineering Design's ("Laufs") motion to vacate order referring case to Magistrate (Doc. 31). After the original parties to this case—Pioneering Cladding and Glazing Systems, LLC, and APG International, Inc.—filed a notice of consent that this matter be conducted before the United States Magistrate Judge (Doc. 16), the Court issued an Order referring the case to the Magistrate Judge (Doc. 20). Laufs was then

added as a third-party defendant and filed an appearance on December 19, 2017 (Doc. 25). Laufs now notifies the Court that it does not consent to the Magistrate Judge. (Doc. 31.)

On January 11, 2018, Magistrate Judge Clifton L. Corker filed his report and recommendation, recommending that Laufs's motion be granted and that the Court vacate the order referring the case. (Doc. 34.) No party has filed an objection to Magistrate Judge Corker's report and recommendation.[1] Accordingly, the Court will **ACCEPT** and **ADOPT** Magistrate Judge Corker's report and recommendation (Doc. 34). Laufs's motion to vacate (Doc. 31) is **GRANTED**. The order referring the case to Magistrate Judge Corker is hereby **VACATED** and the undersigned will **ASSUME** jurisdiction of this case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

---

[1] Although Plaintiff Pioneer Cladding and Glazing Systems, LLC, has filed a response to Laufs's motion, it has not filed an objection to Magistrate Judge Corker's report and recommendation and represented that "it will respect the Court's decision with respect to this matter." (Doc. 35.)